In the Matter of the Claim of JACK GOLDIN, Respondent, against GOLDIN DECORATING COMPANY, Respondent, and ROYAL INDEMNITY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award affirmed, with costs to the State Industrial Board against the appellant. Cochrane, P. J., McCann and Whitmyer, JJ., concur; Van Kirk and Hinman, JJ., dissent.

In the Matter of the Claim of CHARLES MORTENSEN, Respondent, against TEBO YACHT BASIN COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of ELIZABETH ANKENBRAND, Respondent, against CROSS, AUSTIN AND IRELAND LUMBER COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of THOMAS EGAN, Respondent, against GENESEE BRIDGE COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of Mrs. EARL BLAUVELT, Respondent, against FRANK THURBER and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of TONY LANGIRI, Respondent, against NELL BROS. & KERN and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of DEMETRAS DELINOUSHA and Others, Respondents against NATIONAL BISCUIT COMPANY, Appellant. STATE INUSTRIAL BOARD,, Respondent.— Motion denied. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of ANNA B. ULLMAN, Respondent, against JULIUS KELLER and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied, with ten dollars costs to the claimant against the appellants. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.